IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA BAEZ, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| THE HILL AT WHITEMARSH, *Defendant* | : : : | No. 20-5989 |

### ORDER

AND NOW, this 11th day of January, 2022, upon consideration of The Hill at Whitemarsh's Motion for Summary Judgment (Doc. No. 15), the responses and replies thereto (Doc. Nos. 18, 25, 29 & 30), and the Court having conducted oral argument on November 9, 2021, it is **ORDERED** that:

1. The Motion for Summary Judgment (Doc. No. 15) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. The Clerk of the Court shall mark the case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1